AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Your Affiant, Christos Rigakos, United States Postal Inspector, Washington Division, being duly sworn, hereby deposes and states as follows:

Your Affiant, Christos Rigakos, is a Postal Inspector with the United States Postal Inspection Service and has been so employed since January 2012.  Prior to my employment with the United States Postal Inspections Service, I was a Special Agent with the United States Department of Veterans Affairs (VA) for two years and prior to the VA, I was a United States Postal Inspector for 10 years.  Upon entering the United States Postal Inspection Service your Affiant completed fourteen weeks of training in Potomac, MD.  The training covered various aspects of federal law enforcement including the investigation of narcotics related offenses.  Your Affiant has received an additional five weeks of training in dangerous mail investigations, including detecting and investigating suspicious mail pieces containing unknown powders, liquids, and explosives. Your Affiant has received instruction on conducting investigations of, and has, in fact, participated in investigations involving possession with intent to distribute and distribution of controlled dangerous substances.  Your Affiant has participated in several controlled deliveries and search warrants which have resulted in criminal arrests.

Postal Inspectors in Washington, DC have noticed a significant use of the mail to transport drugs and the payment for drugs to and from the Washington, DC area, from the known drug source areas of Florida, Georgia, California, Arizona, Texas, and New York (and other states).  Past experience and drug trafficking intelligence have demonstrated that Priority Mail Express, Express Mail, Priority Mail services, and First Class Mail are frequently used by drug dealers for shipping of controlled substances including, but not limited to, cocaine, heroin, and marijuana.  Use of these services is favored because of the reliability, speed, and low cost, as well as the perceived minimal chance of detection of drugs being shipped in this manner.

The facts and information contained in this affidavit are based on my personal knowledge as well as that of the other agents involved in this investigation.  All observations that were not made personally by your Affiant were related to him by the persons who made the observations.  This affidavit contains that information necessary to establish probable cause in support of an application for a search warrant.  This affidavit is not intended to include each and every fact and matter observed by or made known to agents of the government.

DESCRIPTION OF SUBJECT PARCEL

This affidavit is made in support of an application for a search warrant on a United States Postal Service Priority Mail Express Box (hereinafter referred to as the "***SUBJECT PARCEL***").  The "**SUBJECT PARCEL**" is believed to contain controlled dangerous substances.  The "**SUBJECT PARCEL**" is described as follows:

> **SUBJECT PARCEL**:  United States Postal Service (USPS) First Class with tracking number 9400 1096 9993 7964 6118 43 addressed to "Rosetta Hall 2126 H St NE Washington DC 20002-3214" with a return address of "Latha

>Kalavakuri 5 Pheasant Run Highland Mills NY 10930 **SUBJECT PARCEL** is described as a white plastic bag.  **SUBJECT PARCEL** has a computer generated label.

On May 4, 2015, the **"SUBJECT PARCEL"** was obtained from the Curseen Morris Facility, Washington DC by Postal Inspectors as a suspected drug package.  The **SUBJECT PARCEL** is currently located in the Postal Inspector's Office at the Curseen Morris Mail Facility in Washington DC.

Using both databases available to the public and those available only to law enforcement, a database search of the addressee for the "**SUBJECT PARCEL**" of "2126 H St NE Washington DC indicated that a Rosetta Hall does exist at this address.  A search of "5 Pheasant Run Highland Mills NY" indicated that a Kalavakuri does exist at this address.

Your Affiant knows, through his training and experience, that those individuals who commonly use the U.S. Mail to facilitate the transportation of controlled dangerous substances often use either false names and addresses and phone numbers or real addresses and phone numbers other than their own, in the labeling of shipments of controlled dangerous substances. Such individuals have also utilized variations of correct names, addresses and phone numbers in the labeling of shipments of controlled dangerous substances. The purpose of these tactics is so that such individuals can try to distance themselves from the contraband should it be intercepted by law enforcement.  Here, the labeling of the **SUBJECT PARCEL** is consistent with these practices.

On May 5, 2015, Postal Inspectors hid the **"SUBJECT PARCEL"** underneath a vacuum cleaner along the hallway of the offices of the Postal Inspection Service.  Metropolitan Police Department (MPD) Detective Vincent Witkowski and his narcotic detecting canine "Trigger" were brought in to search the hallway that contained other desks, cabinets, chairs, and collection boxes.  Detective Witkowski informed your Affiant that Trigger alerted on the vacuum cleaner where the package was located.  Your Affiant observed the canine alert on the vacuum cleaner.  Trigger is certified to alert to the presence of cocaine, heroin, marijuana (THC), MDMA and methamphetamine, all of which are controlled dangerous substances, and is certified every four to six weeks to ensure his accuracy.  This certification process is done according to national accepted standards for training drug detection canines.  Trigger was originally certified by the District of Columbia Metropolitan Police Department (MPDC) Canine Unit in June 2010.  The MPDC Canine Unit trains canines to display a behavioral change upon locating the controlled dangerous substances they have been certified to alert on.  The canine is trained to come to a final response by biting, scratching and barking at the source of the substance detected. Here, Trigger's alert on the **SUBJCECT PARCEL** signals the presence of one or more controlled substances inside of the **SUBJECT PARCEL.**

Based on the information discussed herein, your Affiant submits there is probable cause to believe that the **"SUBJECT PARCEL"** contains a quantity of controlled dangerous substance constituting contraband or the fruits or instrumentalities of a crime or evidence of the commission of a criminal offense, specifically the unlawful transportation of a controlled substance via the U.S. Mail for the purpose of facilitating possession with intent to distribute the controlled dangerous substance, in violation of Title 21, United

States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony).  The parcel is presently located in the Postal Inspector's Office at the Curseen Morris Mail Facility in Washington, DC.

                                                                                                                              _____
                                                                                                                               Christos Rigakos
                                                                                                                              U.S. Postal Inspector

Subscribed and sworn to before me
this      day of July, 2015
in the District of Columbia.

_____
United States Magistrate Judge
District of Columbia

2